IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY SHREY and JANETE SHREY, : | | No: 4:10-CV-01420 |
| **Plaintiffs** : | | |
| : | | |
| v. : | | CIVIL ACTION - LAW |
| : | | |
| RAYMOND KONTZ III, : | | JURY TRIAL DEMANDED |
| **Defendant** : | | |

## PLAINTIFFS' MOTION IN LIMINE

1. Plaintiffs Complaint involves the circumstances surrounding the alleged illegal confiscation of Plaintiffs' Williamsport Police Little League souvenir badge pins.

2. The Defendant contends that Little League International made a complaint that Plaintiffs had used the Little League logo without Little League's permission.

3. James Ferguson, a representative of Little League International, has testified that he did not make a complaint regarding the Plaintiff's use of the Little League logo and has confirmed that the Little League logo was used by Plaintiffs with the knowledge and consent of Little League International.

4. Defendant's counsel intends to make inquiries of the Plaintiffs during their testimony regarding permission to use trademarks, logos and the like on other pins created by Plaintiffs.

5. The question of whether Plaintiffs possessed authorization to use trademarks, logos and the like on other pins they had created is not relevant because the test for relevance is whether the evidence (a) "has any tendency to make a fact more or less

1

probable then it would be without the evidence; and (b) the fact is of consequence in determining the action."

6. In addition, the only purpose for Defendant to make inquiries of Plaintiffs as to authorizations for the use of trademarks, logos and the like on other pins created by Plaintiffs would be to question the Plaintiffs' character in violation of Fed. R. Evid. 404, would confuse and mislead the jury and cause undo delay for the purpose of presenting testimony and evidence regarding the use of trademarks and logos on Little League pins in general.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an Order granting their Motion in Limine and directing the Defendants not to make inquiries of Plaintiffs or introduce any evidence regarding the use of trademarks or logos on pins created by Plaintiffs other than the Williamsport Police badge Little League souvenir pin which is the subject of this lawsuit.

**SCHEMERY ZICOLELLO**

By:   s/Michael J. Zicolello
          Michael J. Zicolello
          I.D. #65522
          Attorney for Plaintiffs

333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: (570) 321-7845
Email: mike@sz-law.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY SHREY and JANETE SHREY,** : | | **No: 4:10-CV-01420** |
| **Plaintiffs** : | | |
| : | | |
| **v.** : | | **CIVIL ACTION - LAW** |
| : | | |
| **RAYMOND KONTZ III,** : | | **JURY TRIAL DEMANDED** |
| **Defendant** : | | |

### CERTIFICATE OF NON-CONCURRENCE

I, Michael J. Zicolello, hereby certify that I contacted Attorney MacMain with respect to the Motion in Limine and he does not concur.

**SCHEMERY ZICOLELLO**

By:  s/Michael J. Zicolello
    Michael J. Zicolello
    I.D. #65522
    Attorney for Plaintiff

333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: (570) 321-7845
Email: mike@sz-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY SHREY and JANETE SHREY, | : | No: 4:10-CV-01420 |
| Plaintiffs | : | |
| | : | |
| v. | : | CIVIL ACTION - LAW |
| | : | |
| RAYMOND KONTZ III, | : | JURY TRIAL DEMANDED |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Michael J. Zicolello, hereby certifies that a copy of the foregoing Plaintiffs' Motion in Limine has been served upon the following individual and in the manner indicated below on this 17th day of April, 2012:

**VIA ELECTRONIC MAIL**

David J. MacMain, Esquire
Lamb McErlane, P.C.
24 East Market Street, Box 565
West Chester, PA 19381-0565

**SCHEMERY ZICOLELLO**

By: s/Michael J. Zicolello
Michael J. Zicolello
I.D. #65522
Attorney for Plaintiff

333 Market Street
Williamsport, PA 17701
Telephone: (570) 321-7554
Facsimile: (570) 321-7845
Email: mike@sz-law.com