IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY SHREY and JANETE SHREY, | : | Case No. 4:10-CV-1420 |
| Plaintiffs | : | (Judge Brann) |
| v. | : | |
| RAYMOND KONTZ III, | : | |
| Defendant. | : | |

# ORDER

March 14, 2013

**BACKGROUND:**

Pending currently is a motion in limine (Doc. No. 56) filed by plaintiffs on April 17, 2012. The case was previously stayed, and due to the stay, defendant never filed a brief opposing plaintiffs' motion in limine. Consequently, on February 27, 2013, the undersigned issued an order directing defendant to file an opposing brief, if he so chooses to do so. (Doc. No. 75). Defendant filed his brief, on March 13, 2013. (Doc. No. 77). However, although plaintiffs' motion was clear to the court, apparently it was not clear to defendant, and he responded to an issue that was not part of plaintiffs' motion in limine. As a result, plaintiffs were forced to file a reply brief on March 13, 2013 explaining their motion. (Doc. No. 79).

1

**NOW, THEREFORE, IT IS ORDERED THAT:**

Defendant is directed to re-read plaintiffs' motion, and read plaintiffs' reply brief. Defendant will be granted leave to file a sur-reply brief on or before March 22, 2013, addressing the issue raised in plaintiffs' motion; to wit: Should this court allow the defendant to ask questions of plaintiffs at trial regarding their use of trademarks or logos <u>other than</u> those of the Williamsport Police Department and Little League, International.

The court will then respond to the motion in limine and rule accordingly.

<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge