IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY SHREY and JANETE SHREY, | : | Case No. 4:10-CV-1420 |
| Plaintiffs | : | (Judge Brann) |
| v. | : | |
| RAYMOND KONTZ III, | : | |
| Defendant. | : | |

## ORDER

March 20, 2013

Plaintiffs filed a Motion in Limine on April 17, 2012. (Doc. No. 56). Defendant filed a sur-reply brief on March 19, 2013, in which he stated that he does not oppose plaintiffs' motion. (Doc. No. 82). Thus, the motion will be granted.

**NOW, THEREFORE, IT IS ORDERED THAT:**

Plaintiffs' motion in limine is GRANTED. (Doc. No. 56). Defendants may not make any inquiries of plaintiffs or introduce any evidence regarding the use of trademarks or logos on pins created by plaintiffs other than the Williamsport Police badge Little League, International souvenir pin which is the subject of the lawsuit.

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1