# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY SHREY and JANETE SHREY, | : | Case No. 4:10-CV-1420 |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| RAYMOND KONTZ III, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 7th day of November 2013, in accordance with the memorandum issued this date, defendant's "Final Motion for Judgment as a Matter of Law for a New Trial or for Remititur" is DENIED. June 24, 2013, ECF No. 113.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge